**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **RICHARD FURBECK,** | : | Chapter 7 |
| | : | |
| **Debtor** | : | Bankruptcy No: 19-14189 |

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on July 8, 2019 a copy of the Motion to Avoid Lien with a response deadline of July 29, 2019, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Richard Furbeck.

Dated:  July 30, 2019          /s/Joseph Bambrick
Joseph T. Bambrick, Jr., Esquire
Attorney ID 45112
529 Reading Avenue
West Reading, PA  19611
610/372-6400