**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-14189** |
| **Richard Furbeck** | : | **Chapter 7** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | ********************* |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **August 28, 2019 at 12:30 p.m.** |
| | : | |
| **Richard Furbeck** | : | **400 Washington Street** |
| **Amanda Jo Furbeck** | : | **Courtroom #1** |
| | : | **Reading, PA, 19601** |
| **Robert H. Holber** | : | |
| **Respondents.** | | |

### AMENDED NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

MidFirst Bank has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 27, 2019, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    400 Washington Street
    Reading, PA, 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

19-024875_BEW1

Robert H. Holber
41 East Front Street
Media, PA  19063

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on August 28, 2019 at 12:30 p.m. in 400 Washington Street, Courtroom #1, Reading, PA, 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  August 12, 2019

19-024875_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-14189** |
| **Richard Furbeck** | : | **Chapter 7** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **August 28, 2019 at 12:30 p.m.** |
| | : | |
| **Richard Furbeck** | : | **400 Washington Street** |
| **Amanda Jo Furbeck** | : | **Courtroom #1** |
| | : | **Reading, PA, 19601** |
| **Robert H. Holber** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Amended Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Robert H. Holber, Chapter 7 Trustee, 41 East Front Street, Media, PA 19063

Joseph T. Bambrick Jr., Attorney for Richard Furbeck, 529 Reading Avenue, Suite K, West Reading, PA 19611, NO1JTB@juno.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 12, 2019:

Richard Furbeck and Amanda Jo Furbeck, 7680 Aster Circle, Mertztown, PA 19539

Richard Furbeck and Amanda Jo Furbeck, 7680 Aster Circle, Macungie, PA 18062

21st Mortgage Corporation, Unknown, , PA

19-024875_BEW1

DATE:  August 12, 2019

   /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-024875_BEW1