IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 19-14189 |
| **Richard Furbeck** | : | Chapter 7 |
| | : | Judge Magdeline D. Coleman |
| Debtor(s) | : | ************************ |
| | : | |
| **MidFirst Bank** | : | Date and Time of Hearing Place |
| Movant, | : | of Hearing |
| | : | September 4, 2019 at 10:30 a.m. |
| vs | : | |
| | : | _____ |
| **Richard Furbeck** | : | 400 Washington Street |
| | : | Courtroom #2 |
| | : | Reading, PA, 19601 |
| **Robert H. Holber** | : | |
| Respondents. | | |

## ORDER OF COURT

AND NOW, this 28th day of August, 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of MidFirst Bank in and to the Real Property of Debtor located at 7680 Aster Circle, Macungie, PA 18062 and more particularly described in the Mortgage, recorded March 1, 2006, at Instrument Number 7327646.

IT IS FURTHER ORDERED that the Estate's interest in the Property referred to in the Motion is hereby ABANDONED to the Movant, and the Movant may proceed with the sale or other disposition of the Property.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

19-024875_BEW1