United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard Furbeck
    Debtor

Case No. 19-14189-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Stacey      Page 1 of 1      Date Rcvd: Sep 03, 2019
                      Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
```
db             Richard Furbeck,    7680 Aster Circle,    Mertztown, PA  19539
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2019 03:24:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 04 2019 03:24:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:26:00      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
```
              JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Richard  Furbeck NO1JTB@juno.com
              KARINA   VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Matrix Loan Servicing bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-14189 |
| Richard Furbeck | : Chapter 7 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| MidFirst Bank | : Date and Time of Hearing Place |
| Movant, | : of Hearing |
| | : September 4, 2019 at 10:30 a.m. |
| vs | : |
| | : _____ |
| Richard Furbeck | : 400 Washington Street |
| | : Courtroom #2 |
| | : Reading, PA, 19601 |
| | : |
| Robert H. Holber | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 28th day of August, 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by MidFirst Bank ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of MidFirst Bank in and to the Real Property of Debtor located at 7680 Aster Circle, Macungie, PA 18062 and more particularly described in the Mortgage, recorded March 1, 2006, at Instrument Number 7327646.

IT IS FURTHER ORDERED that the Estate's interest in the Property referred to in the Motion is hereby ABANDONED to the Movant, and the Movant may proceed with the sale or other disposition of the Property.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

19-024875_BEW1