UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RICHARD FURBECK, | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | BANKRUPTCY NO. 19-14189 |

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on August 27, 2019, a copy of the Amended Motion to Avoid Lien, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Richard Furbeck.

Dated:  September 20, 2019            */s/Joseph Bambrick*
                                      Joseph T. Bambrick, Jr., Esquire
                                      Attorney ID 45112
                                      529 Reading Avenue
                                      West Reading, PA  19611
                                      610/372-6400