Certificate Number: 12433-PAE-DE-033506459

Bankruptcy Case Number: 19-14189



12433-PAE-DE-033506459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 4, 2019</u>, at <u>11:28</u> o'clock <u>AM EDT</u>, <u>Richard J. Furbeck</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 4, 2019</u>              By:      <u>/s/Lisa Susoev</u>

                                          Name:    <u>Lisa Susoev</u>

                                          Title:   <u>Teacher</u>