United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Furbeck  
    Debtor

Case No. 19-14189-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 1    Date Rcvd: Oct 18, 2019  
                        Form ID: 318    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.
```
db             Richard Furbeck,    7680 Aster Circle,    Mertztown, PA 19539
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14351071       +Amanda Furbeck,    712 State Street,    Mertztown, PA 19539-9144
14351072       +ERB Ekectric,    15085 Kutztown Road,    Kutztown, PA 19530-9278
14351076       +LVECU,    3720 Hamilton Blvd,    Allentown, PA 18103-4503
14351077       +LVECV,    3720 Hamillton Blvd,    Allentown, PA 18103-4503
14351078       +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14351079       +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
14351081        Sprint,    PO Box 29023,    El Dorado Hills, CA 95762
14351083       +Transworld,    PO Box 15628,    Dept 51,    Wilmington, DE 19850-5628
14351084       +Willard and Kathy Strunk,    36 Kensington Drive,    Easton, MD 21601-6267
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QRHHOLBER.COM Oct 19 2019 07:28:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14351073       +E-mail/Text: cashiering-administrationservices@flagstar.com Oct 19 2019 03:47:10
                 Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
14351074       +EDI: CITICORP.COM Oct 19 2019 07:28:00      Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14351075       +E-mail/Text: kgoff@lowermac.com Oct 19 2019 03:45:16      Lower Macugie Township,
                 3400 Brookeside Road,    Macungie, PA 18062-1428
14351082       +EDI: RMSC.COM Oct 19 2019 07:28:00      SYNCB/Lowes,    PO box 965005,    Orlando, FL 32896-5005
14352309       +EDI: RMSC.COM Oct 19 2019 07:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14351070        21st Mortgage Corporation
14351080        PP&L
                                                                                                TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
```
              JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Richard  Furbeck NO1JTB@juno.com
              KARINA  VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Matrix Loan Servicing bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Richard Furbeck**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–0416**<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **19–14189–mdc** | | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Furbeck

10/17/19                                                                **By the court:** Magdeline D. Coleman
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**