```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 19-14189-mdc
Richard Furbeck                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Stacey           Page 1 of 1          Date Rcvd: Oct 30, 2019
                         Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
db            Richard Furbeck,    7680 Aster Circle,    Mertztown, PA 19539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Richard  Furbeck NO1JTB@juno.com
              KARINA   VELTER    on behalf of Creditor    MIDFIRST BANK amps@manleydeas.com
              KEVIN G. MCDONALD     on behalf of Creditor    Matrix Loan Servicing bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Richard Furbeck : Case No. 19−14189−mdc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , October 30, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

38
Form 195