# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Richard Furbeck | | |
| Debtor(s) | : | Bankruptcy No. 19-14189-MDC |

## ORDER

AND NOW, it is ORDERED that the Order Approving Trustee Report, Discharging Trustee and Closing Case erroneously entered by the clerks' office on October 30, 2019 is VACATED.

November 13, 2019

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge