## UNITED STATES BANKRUPCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RICHARD FURBECK, | : | CHAPTER 7 |
| | : | |
| Debtor, | : | BANKRUPTCY NO: 19-14189 |

## WITHDRAW MOTION

The petitioner herein withdraws the Amended Motion to Avoid Lien that was filed August 27, 2019.

**Respectfully submitted by,**

Dated:  November 20, 2019              /s/Joseph Bambrick_____
**JOSEPH T. BAMBRICK JR, ESQUIRE**
**ATTORNEY ID 45112**
**ATTORNEY FOR DEBTOR**
**529 READING AVENUE**
**WEST READING PA  19611**
**Phone 610/372-6400 Fax 610/372/9483**