United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Furbeck  
    Debtor

Case No. 19-14189-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: Stacey  Page 1 of 1  Date Rcvd: Nov 27, 2019  
                            Form ID: 195  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.  
db        Richard Furbeck,   7680 Aster Circle,   Mertztown, PA 19539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:  
       JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Richard Furbeck NO1JTB@juno.com  
       KARINA VELTER   on behalf of Creditor   MIDFIRST BANK amps@manleydeas.com  
       KEVIN G. MCDONALD   on behalf of Creditor   Matrix Loan Servicing bkgroup@kmllawgroup.com  
       ROBERT H. HOLBER   trustee@holber.com,  rholber@ecf.axosfs.com  
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                  TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Richard Furbeck : Case No. 19–14189–mdc
    Debtor(s)

***ORDER***
———————————————————————

AND NOW, this day , November 27, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

44
Form 195